UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Robin Outler, | Case No. 4:16-cv-00372-ALM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Southwest Credit Systems, LP | |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

                                                  RESPECTFULLY SUBMITTED,

                                                  Hyslip & Taylor, LLC, LPA

Date:  September 14, 2016         By:  s/ *David M. Menditto*
                                                          David M. Menditto, Esq. (IL Bar No. 6216541)
                                                          1100 W. Cermak Rd., Suite B410
                                                          Chicago, IL  60608
                                                          (P) 312-380-6110
                                                          (F) 312-361-3509
                                                          (E) davidm@fairdebt411.com
                                                          One of Plaintiff's Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Xerxes Martin, Esq.
Malone Akerly Martin PLLC
Northpark Central, Suite 1850
8750 N. Central Expressway
Dallas, TX  75231

Counsel for Defendant

                                                         s/ *David M. Menditto*