## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| Robin Outler, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:16-cv-00372-ALM |
| | § | |
| Southwest Credit Systems, LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH
## PREJUDICE

Pursuant to the Parties' Stipulation of Dismissal filed under Fed. R. Civ. P.

41(a)(1)(A)(ii), the Court hereby dismiss the present action with prejudice, with each party to

bear its own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 2nd day of December, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE